RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Mitchell Jenkins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>MITCHELL JENKINS,<br><br>           Defendant. | Case No. 2:24-cv-00346-JCM-EJY<br><br>**Stipulation to Extend Time to File Opening Brief and Answering Brief**<br>(First Request) |

       IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert L. Ellman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Mitchell Jenkins, request that the due date for Mr. Jenkins' opening brief (ECF No. 2), be extended thirty (30) days; and that the due date for the government's answering brief be extended thirty (30) days.

       This Stipulation is entered into for the following reasons:

       1.    This case involves an appeal from a bench trial in which Mr. Jenkins was found guilty of one count of resisting arrest, 43 C.F.R. 8365.1-4(a)(4). The parties disagreed about the proper interpretation of the regulation, for which there is little governing caselaw, and the sufficiency of the evidence presented at trial.

2. Given the relative complexity of this appeal, defense counsel needs a few more weeks to review the record, research the issues, and prepare the opening brief.

This is the first request for a continuance filed herein.

DATED this 23rd day of February 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Robert L. Ellman*<br>ROBERT L. ELLMAN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MITCHELL JENKINS,<br><br>    Defendant. | Case No. 2:24-cv-00346-JCM-EJY<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Time to File Opening Brief and Answering Brief, that the Defendant's deadline to file his opening brief is extended to **April 1, 2024**; and that the Government's deadline to file its answering brief is extended to **May 1, 2024.**

DATED February 26, 2024.

_____
UNITED STATES DISTRICT JUDGE