RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Mitchell Jenkins

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00346-JCM-EJY |
| Plaintiff, | **Stipulation to Extend Time to File Opening Brief and Answering Brief** (Second Request) |
| v. | |
| MITCHELL JENKINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert L. Ellman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Mitchell Jenkins, request that the due date for Mr. Jenkins' opening brief (ECF No. 7), be extended thirty (30) days; and that the due date for the government's answering brief be extended thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is still awaiting transcripts from the trial. The court reporter assigned to the transcripts has informed defense counsel that transcripts should be provided by the end of the week of March 18, 2024.

2. The parties therefore request a brief extension of the briefing deadlines.

3.  Mr. Jenkins is out of custody and does not oppose the continuance.

This is the second request for a continuance filed herein.

DATED this 13th day of March 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Robert L. Ellman*<br>ROBERT L. ELLMAN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MITCHELL JENKINS,<br><br>    Defendant. | Case No. 2:24-cv-00346-JCM-EJY<br><br>ORDER |

    IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Time to File Opening Brief and Answering Brief, that the Defendant's deadline to file his opening brief is extended to **May 1, 2024** and that the Government's deadline to file its answering brief is extended to **May 31, 2024**,.

    DATED March 15, 2024.

                                                        /s/ James C. Mahan
                                        UNITED STATES DISTRICT JUDGE