RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Mitchell Jenkins

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00346-JCM-EJY |
| Plaintiff, | **Stipulation to Extend Time to File Opening Brief and Answering Brief** (Fourth Request) |
| v. | |
| MITCHELL JENKINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert L. Ellman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Mitchell Jenkins, request that the due date for Mr. Jenkins' opening brief (ECF No. 11), be extended twenty-one (21) days; and that the due date for the government's answering brief be extended twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel received transcripts in this matter on March 21, 2024.

2.      This case involves an appeal from a bench trial in which Mr. Jenkins was found guilty of one count of resisting arrest, 43 C.F.R. 8365.1-4(a)(4). The parties disagreed

about the proper interpretation of the regulation, for which there is little governing caselaw,

and the sufficiency of the evidence presented at trial.

3.     Given the relative complexity of this appeal, defense counsel requires

additional time to review the record, research the issues, and prepare the opening brief.

4.     The defendant is out of custody and does not oppose the continuance

This is the fourth request for a continuance filed herein.

DATED this 29th day of May 2024.


RENE L. VALLADARES               JASON M. FRIERSON
Federal Public Defender              United States Attorney


By */s/ Joy Chen*                    By */s/ Robert L. Ellman*
JOY CHEN                         ROBERT L. ELLMAN
Assistant Federal Public Defender     Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00346-JCM-EJY |
| Plaintiff, | ORDER |
| v. | |
| MITCHELL JENKINS, | |
| Defendant. | |

   IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Time to File Opening Brief and Answering Brief, that the Defendant's deadline to file his opening brief is extended to **June 21, 2024**; and that the Government's deadline to file its answering brief is extended to **July 12, 2024.**

   DATED May 29, 2024.

_____
UNITED STATES DISTRICT JUDGE

3