JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
NADIA J. AHMED
Nevada Bar No. 15489
Assistant United States Attorney
501 Las Vegas Blvd S., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nadia.Ahmed2@usdoj.gov
*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL JENKINS,<br><br>Defendant. | Case No.: 2:24-cv-00346-JCM-EJY<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Nadia Ahmed, Assistant United States Attorney, has been assigned as counsel in the above captioned case.

DATED this 24th day of June 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Nadia J. Ahmed*
NADIA J. AHMED
Assistant United States Attorney