JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant Unites States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
skyler.pearson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Mitchell Jenkins,<br><br>    Defendant. | 2:24-cv-00346-JCM-EJY<br><br>**Stipulation to Extend Time to File the United States' Answering Brief**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler H. Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Mitchell Jenkins, request that the due date for the United States' answering brief be extended thirty (30) days, until **August 12, 2024**.[1]

This stipulation is entered into for the following reasons:

1.  The United States is requesting the transcripts in this matter.

2.  This case involves an appeal from a bench trial in which Mr. Jenkins was convicted of one count of resisting arrest, a violation of 43 C.F.R. § 8365.1-4(a)(4).

---

[1] August 12, 2024, is the first weekday thirty days from the current deadline of July 12, 2024.

3. The parties disagreed about the proper interpretation of the regulation, for which there is little governing caselaw, and the sufficiency of the evidence presented at trial.

4. Given the relative complexity of the appeal, and that the undersigned recently joined the criminal division and was recently assigned this matter, the parties agree that additional time is warranted to allow for review of the record, research of the issues, and preparation of the answering brief.

5. The defendant is out of custody and does not oppose the continuance.

This is the first request to extend this deadline.

Respectfully submitted this 2nd day of July 2024.

*/s/ Skyler H. Pearson*  
Skyler H. Pearson, Esq.  
Assistant United States Attorney

*/s/ Joy Chen*  
Joy Chen  
Assistant Federal Public Defender

IT IS SO ORDERED this 4th day of July, 2024

_____  
ELAYNA J. YOUCHAH  
UNITED STATES MAGISTRATE JUDGE