**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-cv-00346-JCM-EJY |
| Plaintiff, | ORDER |
| v. | |
| MITCHELL JENKINS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Stipulation to Extend Time to File the United States' Answering Brief (ECF No. 21) is GRANTED.

IT IS FURTHER ORDERED that upon consideration of the United States' request to extend time to file an answering brief, that the United States' deadline to file its answering brief is extended to **October 11, 2024**.

Dates this __9th__ day of August, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**