SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
skyler.pearson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MITCHELL JENKINS,<br><br>　　　　　Defendant. | 2:24-cv-00346-JCM-EJY<br><br>**Stipulation to Extend Time to File the United States' Answering Brief**<br><br>**(Six Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler H. Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Mitchell Jenkins, that the due date for the United States' answering brief be extended fourteen (14) days, to **February 24, 2025**. This stipulation is entered into for the following reasons:

1.　This case involves an appeal from a bench trial in which Mr. Jenkins was convicted of one count of resisting arrest, a violation of 43 C.F.R. § 8365.1-4(a)(4).

2.　The parties disagreed about the proper interpretation of the regulation, for which there is little governing caselaw, and the sufficiency of the evidence presented at trial.

3.    Given the relative complexity of the appeal, the need to attend to more pressing matters in other cases, and the current schedules of the assigned AUSA and management that would need to review the brief, including the Appellate Chief of the United States Attorney's Office for the District of Nevada, the parties agree that additional time is warranted to allow for the preparation, review, and filing of the answering brief.

4.    The defendant is out of custody and does not oppose the continuance.

5.    The parties agree this will be the last request sought to extend the filing of this brief. This is the six request to extend this deadline.

Respectfully submitted this 6th day of February 2025.

*/s/ Skyler H. Pearson*
Skyler H. Pearson, Esq.
Assistant United States Attorney

*/s/ Joy Chen*
Joy Chen
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-cv-00346-JCM-EJY |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| MITCHELL JENKINS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of the United States' request to extend time to file an answering brief, that the United States' deadline to file its answering brief is extended to **February 24, 2025**.

Dates this 6th day of February, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**