RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Mitchell Jenkins

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00346-JCM-EJY |
| Plaintiff, | **Stipulation to Extend Time to File Reply Brief** |
| v. | (First Request) |
| MITCHELL JENKINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Mitchell Jenkins, request that the due date for Mr. Jenkins' reply brief, be extended fourteen (14) days, to March 24, 2025.

This Stipulation is entered into for the following reasons:

1.      This case involves an appeal from a bench trial in which Mr. Jenkins was found guilty of one count of resisting arrest, 43 C.F.R. 8365.1-4(a)(4). In their principal briefs, the parties have disagreed about novel evidentiary issues, the proper interpretation of the regulation, for which there is little governing caselaw, and the sufficiency of the evidence presented at trial.

3.      Given the relative complexity of this appeal, defense counsel requires additional time to review the government's answering brief, research the issues, and prepare the reply brief.

4.      The defendant is out of custody and does not oppose the continuance

This is the first request for a continuance filed herein.

DATED this 26th day of February 2025.


RENE L. VALLADARES                    SUE FAHAMI
Federal Public Defender               Acting United States Attorney


By /s/ Joy Chen                       By /s/ Skyler Pearson
JOY CHEN                              SKYLER PEARSON
Assistant Federal Public Defender     Assistant United States Attorney

2

1
2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3
4
5
6
7
8

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MITCHELL JENKINS,

    Defendant.

Case No. 2:24-cv-00346-JCM-EJY

ORDER

9
10
11
12

  IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Time to File Reply Brief, that the Defendant's deadline to file his reply brief is extended to March 24, 2025.

13

  DATED February 26, 2025.

14
15
16

       _____

       UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26

3