RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Mitchell Jenkins

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00346-JCM-EJY |
| Plaintiff, | **Stipulation to Extend Time to File Reply Brief** |
| v. | (Second Request) |
| MITCHELL JENKINS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Mitchell Jenkins, request that the due date for Mr. Jenkins' reply brief, be extended thirty (30) days, to April 23, 2025.

This Stipulation is entered into for the following reasons:

1.   This case involves an appeal from a bench trial in which Mr. Jenkins was found guilty of one count of resisting arrest, 43 C.F.R. 8365.1-4(a)(4). In their principal briefs, the parties have disagreed about novel evidentiary issues, the proper interpretation of the regulation, for which there is little governing caselaw, and the sufficiency of the evidence presented at trial.

3. Given the relative complexity of this appeal, defense counsel requires additional time to review the government's answering brief, research the issues, and prepare the reply brief.

4. Defense counsel is in the midst of preparing for a trial that is set to proceed on April 8, 2025, in *United States v. Fain* (2:24-cr-00189-JAD-DJA). Preparation for that trial has involved significant motions practice and has precluded defense counsel from being able to complete the reply brief in this matter by the current deadline.

5. The defendant is out of custody and does not oppose the continuance

This is the second request for a continuance filed herein.

DATED this 17th day of March 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cv-00346-JCM-EJY |
| Plaintiff, | ORDER |
| v. | |
| MITCHELL JENKINS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Time to File Reply Brief, that the Defendant's deadline to file his reply brief is extended to April 23, 2025.

DATED March 17, 2025.

_____
UNITED STATES DISTRICT JUDGE